**Opinion issued July 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00218-CV

————————————

## IN THE INTEREST OF M.E.M. AND W.T.M., JR., CHILDREN

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Case No. 2013-01375J

## MEMORANDUM OPINION

Appellant appealed from the trial court's judgment signed March 5, 2014. On April 28, 2014, the trial court granted appellant's motion for new trial. The granting of a motion for new trial restores the case to its position before the former trial and renders any appeal moot. *See* TEX. R. APP. P. 21.9(b); *Galvan v. Harris*

*Cnty.*, No. 01-09-00884-CV, 2011 WL 345677, at *1 (Tex. App.—Houston [1st Dist.] Jan. 31, 2011, no pet.) (mem. op.).

Accordingly, we dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.